NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Roxanne Holeva,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Liberty Life Assurance Company of Boston, *et al.*,<br><br>　　　　　Defendants. | No. CV-16-08255-PCT-JJT<br><br>**ORDER** |

Upon review of the parties' Joint Stipulation of Dismissal With Prejudice (Doc. 26), and good cause appearing,

IT IS ORDERED granting the Stipulation (Doc. 26). The above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

Dated this 12th day of May, 2017.

Honorable John J. Tuchi
United States District Judge